IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COMMERCIAL OFFICE FURNITURE COMPANY, INC. t/a COFCO OFFICE FURNISHINGS, INC. | : : : : | CIVIL ACTION |
| v. | : : | |
| THE CHARTER OAK FIRE INSURANCE COMPANY | : : | NO. 20-4713 |

# ORDER

**AND NOW**, this 6th day of May, 2021, upon consideration of Plaintiff's Motion to Remand (Docket No. 6) and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **GRANTED** and this case is **REMANDED** to the Court of Common Pleas of Philadelphia County. It is further **ORDERED** that the Clerk of Court shall **CLOSE** this matter.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.